# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1619
LT Case No. 16-2024-CF-000511

_____

DEMETRICIA ALPHONSO STILLS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Charle Cofer, Public Defender, and Morgan Justice, Assistant Public Defender, Jacksonville, for Petitioner.

No Appearance for Respondent.

June 13, 2025

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the April 3, 2025 judgment and sentence rendered in Case No. 16-2024-CF-000511, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

BOATWRIGHT, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____